UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISSA FEGHALI                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )Civil Action No. 16-2479 EGS
                                    )
JEFF SESSIONS,                      )
  U.S. Attorney General             )
                                    )
          Defendant.                )
                                    )
_____)

UNOPPOSED MOTION FOR A STAY,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Fed. R. Civ. P. 7, for

stay of this action, pending the resolution of Plaintiff's

administrative appeal.[1]  Plaintiff, through counsel, Richard

Swick, Esq., has indicated that Plaintiff does not oppose this

request.

Plaintiff's Complaint seeks, in large part, to compel the

Department of Justice to complete the adjudication of

Plaintiff's appeal of the revocation of his security clearance,

occasioned by his use of countermeasures in a polygraph

examination.  At the time that an earlier Complaint was filed in

Feghali v. Lynch, Civil Action No. 15-1738 RDM, the Department

of Justice ("DOJ") Access Review Committee ("ARC") had not

_____

[1] An answer is currently due in the case on March 7, 2017.

completed adjudication of Plaintiff's appeal.  On or about

December 7, 2015, the ARC issued a decision permitting Mr.

Feghali to take another polygraph examination.  There remains

pending, however, another appeal to the ARC.  Undersigned

counsel has learned today that the ARC, although previously

hampered by the lack of a quorum, has now been reconstituted;

and DOJ anticipates that Plaintiff's appeal will be undertaken

on March 16, 2017.  A decision is anticipated thereafter.  The

action of the ARC may well have a significant effect on the

proceedings in this action.

WHEREFORE, Defendant asks that the Court stay further

proceedings in this case and direct that the parties provide a

status update on or before April 14, 2017.  A proposed order

accompanies this motion.

<div style="margin-left: 40%;">

Respectfully submitted,

CHANNING D. PHILLIPS, DC Bar #415793
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division


By:                                        /s/
    W. MARK NEBEKER, DC Bar #396739
    Assistant United States Attorney

</div>

-2-

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed
Motion For A Stay, And Memorandum In Support Thereof, and a
proposed Order has been made through the Court's electronic
transmission facilities on this 2nd day of March, 2017.


                                                          /s/
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 252-2536
                              mark.nebeker@usdoj.gov