UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSA FEGHALI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-2479 EGS |
| ) | |
| JEFF SESSIONS, U.S. Attorney General ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

JOINT STATUS REPORT

The parties hereby report to the Court as follows: Defendant is advised that, on September 20, 2017, the ARC met to discuss Plaintiff's matter.  A decision is anticipated within a few weeks.

The parties therefore suggest that a further status report be filed on October 18, 2017.

September 21, 2017

|  |  |
|---|---|
| Respectfully submitted, | |
| /s/ *Richard L. Swick* | CHANNING D. PHILLIPS, DC Bar #415793 |
| RICHARD L. SWICK | United States Attorney |
| SWICK & SHAPIRO, P.C. | |
| 1101 15th Street, N.W. | DANIEL F. VAN HORN, DC Bar #924092 |
| Suite 205 | Chief, Civil Division |
| Washington, D.C. 20005 | |
| 202-842-0300 | By: _____/s/ |
| | W. MARK NEBEKER, DC Bar #396739 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, DC 20530 |
| | (202) 252-2536 |
| | mark.nebeker@usdoj.gov |