UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSA FEGHALI                                            ) | |
| ) | |
| Plaintiff,                                              ) | |
| ) | |
| v.                                                      ) | Civil Action No. 16-2479 EGS |
| ) | |
| JEFF SESSIONS, U.S. Attorney General                    ) | |
| ) | |
| Defendant.                                              ) | |
| ) | |
| ) | |

JOINT STATUS REPORT

The parties hereby report to the Court as follows: Defendant is advised that, on September 20, 2017, the ARC met to discuss Plaintiff's matter.  A decision is being drafted; and it is expected that a final decision will be made by early next week.

October 18, 2017

Respectfully submitted,

/s/ *Richard L. Swick*  
RICHARD L. SWICK  
SWICK & SHAPIRO, P.C.  
1101 15th Street, N.W.  
Suite 205  
Washington, D.C. 20005  
202-842-0300  

JESSIE K. LIU, DC Bar #472845  
United States Attorney  

DANIEL F. VAN HORN, DC Bar #924092  
Chief, Civil Division  

By:_____/s/  
W. MARK NEBEKER, DC Bar #396739  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, DC 20530  
(202) 252-2536  
mark.nebeker@usdoj.gov