# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ISSA FEGHALI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:16-cv-02479 |
| | ) | |
| **JEFF SESSIONS,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through counsel, hereby voluntarily dismisses this action.

/s/*Richard L. Swick*
Richard L. Swick
DC Bar No. 936930
Swick & Shapiro, P.C.
1101 15th Street, NW
Suite 205
Washington, DC 20005
(202) 842-0300 (phone)
(202) 842-1418 (fax)